STATE of Missouri, Plaintiff–Respondent,

v.

Dennis L. WILLIAMS, Defendant–Movant.

No. 64937.

Missouri Court of Appeals, Eastern District, Division One.

June 21, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant, Dennis L. Williams, appeals from a judgment of conviction, after a jury trial, for possession of a controlled substance. Defendant was sentenced to imprisonment for two years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed.